**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LINDSAY GREENSPAN, | ) | Case No. 2:12-cv-00785-KJD-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| WAL-MART STORES, INC., | ) | |
| Defendant. | ) | |

This Court received correspondence from Defendant's counsel on July 26, 2012 advising that the parties had reached a settlement and closing documents would be filed shortly.  To date the parties have not filed dismissal papers.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **October 10, 2012** advising the Court of the status of the settlement.

DATED this 2nd day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge